UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

STERLING ROOK,

    Plaintiff,

v.                                                Case No.: _____

ASSETCARE, LLC,

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, defendant, AssetCare, LLC ("AssetCare"), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division.  The removal of this civil case is proper because:

1.     AssetCare is the named defendant in this civil action filed by plaintiff, Sterling Rook ("plaintiff"), in the County Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, titled *Sterling Rook v. AssetCare, LLC,* Case No.: 2021-019130-CC-05 (hereinafter the "State Court Action").

2.     AssetCare removes this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, as plaintiff's Complaint claims relief based on alleged practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), AssetCare has timely filed this Notice of Removal. AssetCare was served with plaintiff's Complaint on July 14, 2021. This Notice of Removal is filed within 30 days of receipt of the Complaint by AssetCare.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida.

WHEREFORE, Defendant, AssetCare, LLC, hereby removes to this Court the State Court Action.

Dated: August 3, 2021

Respectfully Submitted,

*/s/ Michael P. Schuette*
Michael P. Schuette, Esq.
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2460
Facsimile: (877) 334-0661
mschuette@sessions.legal
dvanhoose@sessions.legal
*Counsel for Defendant,*
*AssetCare, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of August 2021, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

> Jibrael S. Hindi, Esq.
> Thomas J. Patti, III, Esq.
> The Law Offices of Jibrael S. Hindi
> 110 SE 6th Street, Suite 1744
> Fort Lauderdale, FL 33301
> jibrael@jibraellaw.com
> tom@jibraellaw.com

                                            */s/ Michael P. Schuette*
                                            Attorney