UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

STERLING ROOK,

      Plaintiff,

v.                                                  Case No.: 1:21-cv-22829

ASSETCARE, LLC,

      Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

      Defendant, AssetCare, LLC, through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties, have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: August 10, 2021

                                                                              Respectfully submitted,

                                                                              */s/ Michael P. Schuette*
                                                                              Michael P. Schuette, Esq.
                                                                              Florida Bar No. 0106181
                                                                              Dayle M. Van Hoose, Esq.
                                                                              Florida Bar No. 0016277
                                                                              SESSIONS, ISRAEL & SHARTLE
                                                                              3350 Buschwood Park Drive, Suite 195
                                                                              Tampa, Florida 33618
                                                                              Telephone: (813) 890-2460
                                                                              Facsimile: (877) 334-0661
                                                                              mschuette@sessions.legal
                                                                              dvanhoose@sessions.legal

*Counsel for Defendant,*
*AssetCare, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 10th day of August 2021, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Jibrael S. Hindi, Esq.
Thomas J. Patti, III, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com

*/s/ Michael P. Schuette*
Attorney